Michael B. McClellan (CBN 241570)
C. Kendie Schlecht (CBN 190978)
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA  92660
Telephone: (949) 854-7000
michael.mcclellan@ndlf.com
kendie.schlecht@ndlf.com

Thomas A. Clare, P.C.*
Joseph R. Oliveri*
Kathryn G. Humphrey*
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
joe@clarelocke.com
kathryn@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant August Hermann

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>August Hermann,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | MISCELLANEOUS CASE NO.:<br><br>**AUGUST HERMANN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

## INTRODUCTION

Applicant August Hermann, through counsel, applies to the Court for an Order under 28 U.S.C. § 1782 granting him leave to issue subpoenas to Meta Platforms, Inc. ("Meta") to produce documents and give testimony for use in a lawsuit in the United Kingdom against the person(s) who anonymously published posts on Instagram that defame him.  This Application is required in aid of Mr. Hermann's to-be-filed U.K. lawsuit—and as a last resort—because the soon-to-be defendant(s) have hidden their identities such that Mr. Hermann cannot obtain information revealing their identities without judicial assistance.

This Application is supported by the Memorandum of Points and Authorities and the Declarations of August Hermann ("Hermann Decl."), Joseph R. Oliveri ("Oliveri Decl."), Juliet Young ("Young Decl.") and Phil Hartley ("Hartley Decl.").  A proposed subpoena to produce documents, information, or objects in a civil action is attached hereto as **Exhibit A**, a proposed subpoena to testify at a deposition in a civil action is attached hereto as **Exhibit B**, and a Certification of Interested Parties or Persons is attached hereto as **Exhibit C**.  A Proposed Order is also being filed with this Application.

## STATEMENT OF JURISDICTION

Pursuant to Civil Local Rule 3-5(a), Mr. Hermann submits the following statement of jurisdiction:

**A.    Jurisdiction.**

This Court has subject-matter jurisdiction over Mr. Hermann's Application under 28 U.S.C. § 1782—which provides that "[t]he district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal"—because Mr. Hermann's Application seeks discovery from Meta, which has its headquarters and principal place of business in this District (in Menlo Park, California) and is thus found in this District.  (Oliveri Decl. ¶¶ 10-11.[1])  This Court also has subject-matter jurisdiction over Mr. Hermann's Application under 28 U.S.C. § 1331 because it is a civil action arising under the laws of the United States.

**B.    Divisional Assignment.**

Under Civil Local Rule 3-2(c) and 3-2(d), this action is properly assigned to the Court's San Francisco or Oakland Division because it arises from and relates to the actions of Meta in San Mateo County, California, where it is headquartered and has its principal place of business. (Oliveri Decl. ¶¶ 10-11.)

---

[1] Decl. of Joseph R. Oliveri in Supp. of August Hermann's *Ex Parte* Appl. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Disc. for Use in Foreign Proceedings (Oct. 24, 2025) (filed contemporaneously herewith).

**CONCLUSION**

For the reasons in the Memorandum of Points and Authorities and Declarations filed contemporaneously herewith, Mr. Hermann respectfully requests that the Court grant his Application.

Dated: October 24, 2025          NEWMEYER DILLION LLP

By:  /s/ C. Kendie Schlecht
      C. Kendie Schlecht (CBN 190978)

CLARE LOCKE LLP

By:  /s/ Joseph R. Oliveri
      Joseph R. Oliveri (DC Bar No. 994029)
      * *Pro Hac Vice* Application Forthcoming

*Attorneys for Applicant August Hermann*

**FILER ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 24th day of October, 2025, at Newport Beach, California.

                                  */s/ C. Kendie Schlecht*
                                  C. Kendie Schlecht