1  Michael B. McClellan (CBN 241570)
   C. Kendie Schlecht (CBN 190978)
2  NEWMEYER & DILLION LLP
   895 Dove Street, Fifth Floor
3  Newport Beach, CA  92660
   Telephone: (949) 854-7000
4  michael.mcclellan@ndlf.com
   kendie.schlecht@ndlf.com
5
   Thomas A. Clare, P.C.*
6  Joseph R. Oliveri*
   Kathryn G. Humphrey*
7  CLARE LOCKE LLP
   10 Prince Street
8  Alexandra, VA 22314
   Telephone: (202) 628-7400
9  tom@clarelocke.com
   joe@clarelocke.com
10 kathryn@clarelocke.com
   *Pro Hac Vice Application Forthcoming
11
   Attorneys for Applicant August Hermann
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| In re Ex Parte Application of | MISCELLANEOUS CASE NO.: 3:25-mc-80332-RS |
|---|---|
| August Hermann, Applicant, For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | [PROPOSED] ORDER GRANTING AUGUST HERMANN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS |

22                              **[PROPOSED] ORDER**

23       This matter comes before the Court on August Hermann's *Ex Parte* Application for an

24 Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign

25 Proceedings (the "Application"), seeking discovery from Meta Platforms, Inc. in connection with

26 contemplated legal proceedings in the United Kingdom.

27       The Court, having fully considered the Application, and good cause appearing, **HEREBY**

28 **GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

Applicant Hermann is granted leave to issue a subpoena for documents and a subpoena for a deposition to Meta Platforms, Inc., in a form substantially similar to the subpoenas attached as **Exhibit A** and **Exhibit B**, respectively, to the Application. This order is without prejudice to the rights, if any, of Meta or other third parties to challenge the subpoena(s) upon issuance.

**IT IS SO ORDERED AS MODIFIED.**

Dated: December 9, 2025

Richard Seeborg
Chief United States District Judge